

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2014

No. 04-14-00052-CR

Carli **MCGAA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1004
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The trial court has signed an amended Certification of Defendant's Right of Appeal that states this "is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal." Accordingly, the appellate deadlines, which we suspended on January 23, are reinstated.

The clerk of this court is ORDERED to send a copy of this order to the attorneys of record and to the court reporter(s) responsible for preparing the reporter's record in this appeal.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court